DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Defendant PNS Stores, Inc.
d/b/a Big Lots*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD MOSIER,<br><br>                    Plaintiff,<br><br>v.<br><br>PNS STORES, INC. a California Corporation d/b/a BIG LOTS; CITY OF LAS VEGAS, a political subdivision of the State of Nevada and/or municipal entity; DOES 1-10 and ROE CORPORATIONS 11-20, inclusive,<br><br>                    Defendants. | Case No.:        2:13-cv-00211-GMN-PAL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

        Plaintiff Edward Mosier intends to dismiss Defendant PNS Stores, Inc. d/b/a Big Lots (herein

"PNS") from this matter and substitute in its place one or more non-diverse defendants. Accordingly,

Plaintiff and PNS stipulate and agree that this matter should be remanded to Nevada State Court, at

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{26528541;2}

AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1   which time Plaintiff will seek leave to amend and will dismiss PNS per the agreement reached

2   between the undersigned parties.

3          DATED this 14th day of June, 2013.

| RICHARD HARRIS LAW FIRM | AKERMAN SENTERFITT LLP |
|---|---|
| /s/ Benjamin P. Cloward | /s/ Darren T. Brenner |
| BENJAMIN P. CLOWARD, ESQ. | DARREN T. BRENNER, ESQ. |
| Nevada Bar No. 11087 | Nevada Bar No. 8386 |
| 801 South Fourth Street | NATALIE L. WINSLOW, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 12125 |
| Telephone: (702) 444-4444 | AKERMAN SENTERFITT LLP |
| Facsimile: (702) 444-4455 | 1160 Town Center Drive, Suite 330 |
| Email: benjamin@richardharrislaw.com | Las Vegas, Nevada 89144 |
| *Attorney for Plaintiff* | Telephone:    (702) 634-5000 |
| | Facsimile:    (702) 380-8572 |
| | Email:  darren.brenner@akerman.com |
| | Email:  natalie.winslow@akerman.com |
| | *Attorneys for Defendant PNS Stores,* |
| | *Inc., d/b/a Big Lots* |

       IT IS SO ORDERED.

       **DATED** this 19th day of June, 2013.

       _____

       Gloria M. Navarro
       United States District Judge

AKERMAN SENTERFITT LLP

1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{26528541;2}                    2