DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendant PNS Stores, Inc.*
*d/b/a Big Lots*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD MOSIER,<br><br>             Plaintiff,<br><br>v.<br><br>PNS STORES, INC. a California Corporation d/b/a BIG LOTS; CITY OF LAS VEGAS, a political subdivision of the State of Nevada and/or municipal entity; DOES 1-10 and ROE CORPORATIONS 11-20, inclusive,<br><br>             Defendants. | Case No.:    2:13-cv-00211-GMN-PAL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

Plaintiff Edward Mosier intends to dismiss Defendant PNS Stores, Inc. d/b/a Big Lots (herein "PNS") from this matter and substitute in its place one or more non-diverse defendants. Accordingly, Plaintiff and PNS stipulate and agree that this matter should be remanded to Nevada State Court, at

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{26528541;2}

1  which time Plaintiff will seek leave to amend and will dismiss PNS per the agreement reached

2  between the undersigned parties.

3  DATED this 14th day of June, 2013.

| RICHARD HARRIS LAW FIRM | AKERMAN SENTERFITT LLP |
|---|---|
| /s/ Benjamin P. Cloward | /s/ Darren T. Brenner |
| BENJAMIN P. CLOWARD, ESQ.<br>Nevada Bar No. 11087<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>Facsimile: (702) 444-4455<br>Email: benjamin@richardharrislaw.com<br>*Attorney for Plaintiff* | DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>AKERMAN SENTERFITT LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 634-5000<br>Facsimile:    (702) 380-8572<br>Email:  darren.brenner@akerman.com<br>Email:  natalie.winslow@akerman.com<br>*Attorneys for Defendant PNS Stores, Inc., d/b/a Big Lots* |

IT IS SO ORDERED.

**DATED** this 19th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge

{26528541;2}                                      2